JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

FREDRICK R. BOLDEN,        )   No. CV 09-08750-RSWL (VBK)
                       )
         Petitioner,   )   JUDGMENT
                       )
    v.                  )
                       )
WARDEN,                 )
                       )
         Respondent.   )
_____)

    Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

    **IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: December 9, 2009

/ s /
_____
HONORABLE RONALD S. W. LEW
SENIOR, U.S. District Court Judge